IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 93-CR-00333-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUFUS MEDINA,

    Defendant.

## FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS FOR ORDER OF DETENTION

This matter comes before the court on October 29, 2007, for preliminary hearing on the Petition to Revoke Supervised Release and Detention Hearing.

The court has taken judicial notice of the court's file, the presentence report and has considered applicable Federal Rules of Criminal Procedure. The defendant is not contesting detention. The court now being fully informed makes the following findings of fact, conclusions of law and order.

As to the issue of probable cause, I find that the defendant has waived her right to a preliminary hearing and therefore probable cause has been established that the defendant has violated his supervised release as alleged in the Petition to Revoke Supervised Release.

Under Federal Rule of Criminal Procedure 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." Here, the defendant has not sustained his burden of establishing that she will not flee or fail to appear at future proceedings.

Under the circumstances, I find that no condition or combination of conditions of release will reasonably assure the appearance of the defendant. Accordingly, I order the defendant detained without bond.

    Done this 29th day of October 2007.

                                                BY THE COURT

                                                S/ Michael J. Watanabe
                                                Michael J. Watanabe
                                                U.S. Magistrate Judge